Michael Lehners, Esq for Jeffrey Health, Esq.
_____
Name

3331
_____
Bar Code #

429 Marsh Avenue
_____
Address

Reno, NV 89509
_____

786-1695
_____
Phone Number

Ecf 4/29/09

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  
    JOHN R. FERREIRA, and  
    STACI L. FERREIRA  
                     Debtor(s)

Case # 09-50339  
Chapter 7  
Trustee CLARK

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )    Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )    Summary of Schedules

( )    Schedule A - Real Property

(x)    Schedule B - Personal Property

(x)    Schedule C - Property Claimed as Exempt

( )    Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

      ( ) Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

      ( ) Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

✷ Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )    Schedule G - Schedule of Executory Contracts & Expired Leases

( )    Schedule H - Codebtors

( )    Schedule I - Current Income of Individual Debtor(s)

( )    Schedule J - Current Expenditures of Individual Debtor(s)

( )    Statement of Financial Affairs

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

_____  
Debtor's Signature  
Date: 4-27-09

_____  
Joint Debtor's Signature  
Date: 4-27-09

(Revised 4/19/04)

In re  JOHN R. FERREIRA
      STACI L. FERREIRA

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH | C | $120.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA - CHECKING | C | $1,325.00 |
| | | BANK OF AMERICA SAVINGS | C | $275.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | HOUSEHOLD GOODS | C | $5,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | C | $125.00 |
| 7. Furs and jewelry. | | WEDDING RINGS | C | $75.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1 RIFLE | C | $150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In re  **JOHN R. FERREIRA**
     **STACI L. FERREIRA**

Case No. _____
                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | CITY OF RENO RETIREMENT | C | $8,500.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2008 TAX REFUND | C | $3,470.00 |

In re  JOHN R. FERREIRA
      STACI L. FERREIRA

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 DODGE CARAVAN | C | $3,000.00 |
| | | 2002 FORD F-150 | C | $10,500.00 |

In re JOHN R. FERREIRA
STACI L. FERREIRA

Case No. _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | DOMESTIC PETS | C | $25.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___3___ continuation sheets attached    Total >    $32,565.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  JOHN R. FERREIRA
       STACI L. FERREIRA

Case No. _____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| CASH | Nev. Rev. Stat. § 21.090(1)(g) | $90.00 | $120.00 |
| BANK OF AMERICA - CHECKING | Nev. Rev. Stat. § 21.090(1)(g) | $993.75 | $1,325.00 |
| BANK OF AMERICA SAVINGS | Nev. Rev. Stat. § 21.090(1)(g) | $206.25 | $275.00 |
| HOUSEHOLD GOODS | Nev. Rev. Stat. § 21.090(1)(b) | $5,000.00 | $5,000.00 |
| CLOTHING | Nev. Rev. Stat. § 21.090(1)(b) | $125.00 | $125.00 |
| WEDDING RINGS | Nev. Rev. Stat. § 21.090(1)(b) Nev. Rev. Stat. § 21.090(1)(a) | $75.00 $0.00 | $75.00 |
| 1 RIFLE | Nev. Rev. Stat. § 21.090(1)(i) | $150.00 | $150.00 |
| CITY OF RENO RETIREMENT | Nev. Rev. Stat. § 21.090(1)(r) | $8,500.00 | $8,500.00 |
| 2008 TAX REFUND | Nev. Rev. Stat. § 21.090(1)(z) | $2,000.00 | $3,470.00 |
| 2000 DODGE CARAVAN | Nev. Rev. Stat. 21.090(1)(f) | $3,000.00 | $3,000.00 |
| 2002 FORD F-150 | Nev. Rev. Stat. 21.090(1)(f) | $10,500.00 | $10,500.00 |
| | | $30,640.00 | $32,540.00 |

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the ____ day of April, 2009 I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within AMENDED SCHEDULES B & C addressed as follows:

Angelique L. M. Clark
P. O. Box 50070
Sparks, NV 89435

Dolores Stigall