**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEVADA**

| | |
|---|---|
| In re: FERREIRA, JOHN R.<br>         FERREIRA, STACI L.<br><br>Debtors | § Case No. 09-50339<br>§<br>§<br>§ |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 12, 2009.  The undersigned trustee was appointed on February 12, 2009.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $         2,063.01

  Funds were disbursed in the following amounts:

  | | |
  |---|---:|
  | Administrative expenses | 0.00 |
  | Payments to creditors | 0.00 |
  | Non-estate funds paid to 3rd Parties | 0.00 |
  | Exemptions paid to the debtor | 0.00 |
  | Leaving a balance on hand of | $  2,063.01 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

      6.  The deadline for filing claims in this case was 08/17/2009.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $515.75.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $515.75, for a total compensation of $515.75.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $61.46, for total expenses of $61.46.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  08/19/2009          By: /s/ANGELIQUE L.M. CLARK, TRUSTEE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-50339  
**Case Name:** FERREIRA, JOHN R.  
FERREIRA, STACI L.  
**Period Ending:** 08/19/09

**Trustee:** (480200) ANGELIQUE L.M. CLARK, TRUSTEE  
**Filed (f) or Converted (c):** 02/12/09 (f)  
**§341(a) Meeting Date:** 03/19/09  
**Claims Bar Date:** 08/17/09

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 466 MALLARD, FERNLEY, NV 89408<br>    466 MALLARD, FERNLEY, NV 89408 | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND<br>    $120 - $90WAGE - $30 | 120.00 | 30.00 | | 30.00 | FA |
| 3 | BANK OF AMERICA CHECKING<br>    $1325 - $993.75 = $331.25 | 1,325.00 | 331.25 | | 331.25 | FA |
| 4 | BANK OF AMERICA SAVINGS<br>    $275 - $206.25WAGE = $68.75 | 275.00 | 68.75 | | 68.75 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS<br>    MISCELLANEOUS HOUSHOLD GOODS AND FURNISHINGS AUDIO, VIDEO, AND COMPUTER | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL<br>    PERSONAL CLOTHING | 125.00 | 0.00 | DA | 0.00 | FA |
| 7 | FURS AND JEWELRY<br>    WEDDING RINGS | 75.00 | 0.00 | DA | 0.00 | FA |
| 8 | RIFLE | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA, ERISA, KEOGH, PENSION, PROFIT SHARING PLAN<br>    CITY OF RENO RETIREMENT OTHER PENSION OR PROFIT SHARING PLANS. GIVE PARTICULARS. | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2000 DODGE CARAVAN<br>    2000 DODGE CARAVAN (155,000 MILES) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2002 FORD F-150<br>    2002 FORD F-150 (75,000 MILES) | 10,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | ANIMALS<br>    1 DOG 2 KITTENS | 25.00 | 0.00 | DA | 0.00 | FA |
| 13 | BANKRUPTCY ESTATE'S INTEREST IN 2008 TAX REFUND  (u)<br>    COMPLETE INTEREST $3,470 - $2000CATCHALL ALLOWED = $1,470.00 | 1,470.00 | 1,470.00 | | 1,470.00 | FA |
| 14 | 25% OF WEEKLY WAGES DUE ON THE DATE OF FILING  (u) | 162.75 | 162.75 | | 162.75 | FA |

Printed: 08/19/2009 01:33 PM    V.11.21

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-50339  
**Case Name:** FERREIRA, JOHN R.  
FERREIRA, STACI L.  
**Period Ending:** 08/19/09

**Trustee:** (480200) ANGELIQUE L.M. CLARK, TRUSTEE  
**Filed (f) or Converted (c):** 02/12/09 (f)  
**§341(a) Meeting Date:** 03/19/09  
**Claims Bar Date:** 08/17/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | EARNS $2790 PER MONTH/30 = $93 PER DAY, MULTIPLY BY 7 = $651 PER WEEK, MULTIPLY BY 0.25 = $162.75 | | | | | |
| Int | INTEREST  (u) | Unknown | N/A | | 0.26 | Unknown |
| 15 | **Assets** Totals (Excluding unknown values) | **$165,727.75** | **$2,062.75** | | **$2,063.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    January 1, 2011    **Current Projected Date Of Final Report (TFR):**    August 19, 2009

Printed: 08/19/2009 01:33 PM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-50339 | | Trustee: | ANGELIQUE L.M. CLARK, TRUSTEE (480200) |
|---|---|---|---|---|
| Case Name: | FERREIRA, JOHN R. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FERREIRA, STACI L. | | Account: | ***-*****51-65 - Money Market Account |
| Taxpayer ID #: | 54-6838204 | | Blanket Bond: | $16,000,000.00   (per case limit) |
| Period Ending: | 08/19/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/08/09 | | FERREIRA | REGULAR DEPOSIT | | | 2,062.75 | | 2,062.75 |
| | {13} | | REGULAR DEPOSIT | 1,470.00 | 1224-000 | | | 2,062.75 |
| | {14} | | REGULAR DEPOSIT | 162.75 | 1221-000 | | | 2,062.75 |
| | {2} | | REGULAR DEPOSIT | 30.00 | 1129-000 | | | 2,062.75 |
| | {3} | | REGULAR DEPOSIT | 331.25 | 1129-000 | | | 2,062.75 |
| | {4} | | REGULAR DEPOSIT | 68.75 | 1129-000 | | | 2,062.75 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.05 | | 2,062.80 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.08 | | 2,062.88 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.08 | | 2,062.96 |
| 08/19/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.05 | | 2,063.01 |
| 08/19/09 | | To Account #********5166 | *TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | | 9999-000 | | ! 2,063.01 | 0.00 |
| | | | ACCOUNT TOTALS | | | 2,063.01 | 2,063.01 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 2,063.01 | |
| | | | Subtotal | | | 2,063.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$2,063.01** | **$0.00** | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 08/19/2009 01:33 PM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-50339 | | **Trustee:** | ANGELIQUE L.M. CLARK, TRUSTEE (480200) |
|---|---|---|---|---|
| **Case Name:** | FERREIRA, JOHN R. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | FERREIRA, STACI L. | | **Account:** | ***-*****51-66 - Checking Account |
| **Taxpayer ID #:** | 54-6838204 | | **Blanket Bond:** | $16,000,000.00  (per case limit) |
| **Period Ending:** | 08/19/09 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/09 | | From Account #********5165 | *TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | ! 2,063.01 | | 2,063.01 |
| | | | **ACCOUNT TOTALS** | | 2,063.01 | 0.00 | $2,063.01 |
| | | | Less: Bank Transfers | | 2,063.01 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| Net Receipts : | 2,063.01 |
|---|---|
| Net Estate : | $2,063.01 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****51-65** | 2,063.01 | 0.00 | 0.00 |
| **Checking # ***-*****51-66** | 0.00 | 0.00 | 2,063.01 |
| | $2,063.01 | $0.00 | $2,063.01 |

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 08/19/2009 01:33 PM    V.11.21

# Claims Register

### Case:  09-50339    FERREIRA, JOHN R.

Claims Bar Date:  08/17/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ANGELIQUE L.M. CLARK, TRUSTEE<br>P O Box 50070<br>SPARKS, NV 89435<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>02/12/09 | | $515.75<br>$515.75 | $0.00 | $515.75 |
| | ANGELIQUE L.M. CLARK, TRUSTEE<br>P O Box 50070<br>SPARKS, NV 89435<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>02/12/09 | | $61.46<br>$61.46 | $0.00 | $61.46 |
| 1 -1 | GE MONEY BANK/GREENTREE SERVICING LLC<br>7360 S KYRENE RD<br>RECOVERY DEPT T-120<br>TEMPE, AZ 85283<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  800 | Secured<br>05/11/09 | 0546<br><br>7360 S Kyrene Rd<br>Recovery Dept T-120<br>Tempe, AZ 85283<br>------------------------------------------------------------------------------<br>History: Details1-105/11/2009Claim #1 filed by GE Money Bank/GreenTree Servicing LLC, total amount claimed: $60746.03 (GREEN TREE SERVICING LLC (hh))<br>------------------------------------------------------------------------------\* \* \* | $60,746.03<br>$60,746.03 | $0.00 | $60,746.03 |
| 2 -1 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR CAPITAL RECOVERY II LLC,AS ASSIGNEE<br>OF GE CAPITAL - MERVYN'S,25 SE 2ND AVENU<br>MIAMI, FL 33131<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/27/09 | 9389<br><br>FOR CAPITAL RECOVERY II LLC<br>AS ASSIGNEE OF GE CAPITAL - MERVYN'S,25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131<br>------------------------------------------------------------------------------<br>History: Details2-105/27/2009Claim #2 filed by RECOVERY MANAGEMENT SYSTEMS CORPORATION, total amount claimed: $189.28 (SINGH, RAMESHWAR )<br>------------------------------------------------------------------------------\* \* \* | $189.28<br>$189.28 | $0.00 | $189.28 |
| 3 -1 | RC WILLEY HOME FURN<br>PO BOX 65320<br><br>SALT LAKE CITY, UT 84165<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/08/09 | 8245<br><br>Po Box 65320<br>Salt Lake City, UT 84165<br>------------------------------------------------------------------------------<br>History: Details3-107/08/2009Claim #3 filed by Rc Willey Home Furn, total amount claimed: $4100.16 (R.C. WILLEY INC. (ks))<br>------------------------------------------------------------------------------\* \* \* | $4,100.16<br>$4,100.16 | $0.00 | $4,100.16 |

# Claims Register

Case: 09-50339    FERREIRA, JOHN R.

Claims Bar Date: 08/17/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 -1 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured<br>07/30/09 | 1000<br><br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 193550701<br>--------------------------------------------------------------------------------<br>History: Details4-107/30/2009Claim #4 filed by AMERICAN EXPRESS BANK FSB, total amount claimed: $5959.65 (LEE[1], THOMAS )<br>--------------------------------------------------------------------------------* * * | $5,959.65<br>$5,959.65 | $0.00 | $5,959.65 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 -1 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK<br>DBA QCARD,25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | Unsecured<br>08/05/09 | 1972<br><br>FOR GE MONEY BANK<br>DBA QCARD,25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131<br>--------------------------------------------------------------------------------<br>History: Details5-108/05/2009Claim #5 filed by RECOVERY MANAGEMENT SYSTEMS CORPORATION, total amount claimed: $1808.32 (SINGH, RAMESHWAR )<br>--------------------------------------------------------------------------------* * * | $1,808.32<br>$1,808.32 | $0.00 | $1,808.32 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 -1 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK,DBA LOWES CONSUMER,25<br>SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | Unsecured<br>08/05/09 | 8410<br><br>FOR GE MONEY BANK<br>DBA LOWES CONSUMER,25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131<br>--------------------------------------------------------------------------------<br>History: Details6-108/05/2009Claim #6 filed by RECOVERY MANAGEMENT SYSTEMS CORPORATION, total amount claimed: $260.64 (SINGH, RAMESHWAR )<br>--------------------------------------------------------------------------------* * * | $260.64<br>$260.64 | $0.00 | $260.64 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 -1 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | Unsecured<br>08/12/09 | 6583<br><br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 731248809<br>--------------------------------------------------------------------------------<br>History: Details7-108/12/2009Claim #7 filed by FIA CARD SERVICES, NA/BANK OF AMERICA, total amount claimed: $11382.9 (AMERICAN INFOSOURCE (bh))<br>--------------------------------------------------------------------------------* * * | $11,382.90<br>$11,382.90 | $0.00 | $11,382.90 |

# Claims Register

### Case:  09-50339    FERREIRA, JOHN R.

Claims Bar Date:  08/17/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTICE-1 | GREATER NV MORTGAGE C/O ALLAN JENSEN ESQ 6165 RIDGEVIEW CT, STE E PO BOX 167 RENO, NV 89504 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/12/09 | | $0.00 $0.00 | $0.00 | $0.00 |
| | | | Case Total: | | $0.00 | $85,024.19 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-50339
Case Name: FERREIRA, JOHN R.
Trustee Name: ANGELIQUE L.M. CLARK, TRUSTEE

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ANGELIQUE L.M. CLARK, TRUSTEE | $ 515.75 | $ 61.46 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                              *Fees*                      *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,700.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 -1 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ 189.28 | $ 11.87 |
| 3 -1 | RC WILLEY HOME FURN | $ 4,100.16 | $ 257.04 |
| 4 -1 | AMERICAN EXPRESS BANK FSB | $ 5,959.65 | $ 373.61 |
| 5 -1 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ 1,808.32 | $ 113.36 |
| 6 -1 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ 260.64 | $ 16.34 |
| | FIA CARD SERVICES, | | |

**UST Form 101-7-TFR (4/1/2009)**

|   7 -1   | NA/BANK OF AMERICA | $ 11,382.90 | $ 713.58 |

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                              *Allowed Amt. of Claim*    *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*                              *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**